**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Alfonzo Foster Sterling, III, et al., ) ) Debtor, ) _____ ) ) Michelle London-Marable, ) et al., ) ) Appellant, ) ) vs. ) ) Alfonzo Foster Sterling, III, ) et al., ) ) Appellees. ) _____ ) | No. CIV 06-2659 PHX RCB BK 05-4339 PHX RTB Adversary No. 06-274 BAP No. AZ-00-0000 O R D E R |

This matter came before the Court on appeal from a bankruptcy matter. (doc. # 1). On November 6, 2006, the Clerk of the Court issued notice of receipt of the appeal, and instructed the parties to file copies of the record on appeal attached to an original pleading entitled "Notice of Filing Copies of Record on Appeal" and bearing the district court civil case number. (doc. # 2). The parties were further advised that failure to comply with those

1  provisions "may result in the Court taking action for failure to
2  perfect the appeal, including possible dismissal pursuant to Rule
3  41.1 of the Rules of Practice of the United States District Court
4  for the District of Arizona." Id.  The docket reflects that the
5  parties have filed nothing since receipt of the Clerk's notice.
6  There having been no proceedings for 6 or more months in the above
7  captioned appeal,

8      IT IS ORDERED that the parties to this action file a request
9  for a status hearing at which good cause must be shown why this
10 appeal should not be dismissed for failure to perfect the appeal
11 and for want of prosecution.  Any request for a status hearing
12 shall be filed no later than 10 days from the date of this order.
13 If no such request is timely filed, this proceeding shall be
14 dismissed for want of prosecution.

15     DATED this 30th day of August, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

22 Copies to counsel of record